JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LORENZ, ALYKHAN POPAT, | No. CV 22-143 PA (JPRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| COUNTY OF SAN BERNARDINO, erroneously sued as San Bernardino County, erroneously sued as San Bernardino Sheriff's Department, LT. K. FERBER, SGT. M. LANDAVAZO, DEPUTY J. FISK, DEPUTY F. HARRIS, SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, erroneously sued as Superior Court of California for San Bernardino County, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a municipality, and DOES 1-51, | |
| Defendants. | |

Pursuant to the Court's May 5 2022 Minute Order declining to exercise supplemental jurisdiction of Plaintiffs Kelly Lorenz and Alykhan Popat's (collectively "Plaintiffs") first and second causes of action against the San Bernardino County Superior Court; and the Court's December 5, 2022 Minute Order, granting summary judgment in favor of defendants County of San Bernardino, San Bernardino County Sheriff's Department, Lieutenant K.

Ferber, Sergeant M. Landavazo, Deputy James Fisk, and Deputy F. Harris (collectively, "Defendants") on Plaintiffs' third, fourth, fifth, and tenth causes of action, and the Court having declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendants on Plaintiffs' third, fourth, fifth, and tenth causes of actions, and that the remaining state law claims are remanded San Bernardino County Superior Court, Central District, Case No. CIVSB2126780; and.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall have their costs of suit.

DATED: December 6, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE